■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD BROWN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Golia, J.) rendered May 13, 1987, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and find that the defendant's contentions are without merit. Bracken, J. P., Sullivan, Harwood and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BRUNSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered September 6, 1991.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULISES A. BUENO, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered July 26, 1991.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL COLZIE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered March 26, 1991.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.